IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYE ROBERTS,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDERSON, Deputy Sheriff,<br><br>    Defendant(s). | No. C 11-4739 CRB (PR)<br><br>ORDER OF DISMISSAL<br><br>(Docket # 2 & 4) |

       This civil action by a prisoner was filed on September 22, 2011. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

       More than 40 days have elapsed; however, plaintiff has not provided the court with all of the requisite items, or sought an extension of time to do so. Plaintiff's incomplete in forma pauperis application (docket # 2 & 4) is DENIED and the action is DISMISSED without prejudice.

       The clerk shall close the file.

SO ORDERED.

DATED: Nov. 3, 2011

                                CHARLES R. BREYER
                                United States District Judge