IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYE ROBERTS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDERSON, Deputy Sheriff,<br><br>　　　　Defendant(s).<br>_____ | No. C 11-4739 CRB (PR)<br><br>ORDER OF DISMISSAL<br><br>(Docket # 2 & 4) |

　　　　This civil action by a prisoner was filed on September 22, 2011.  The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

　　　　More than 40 days have elapsed; however, plaintiff has not provided the court with all of the requisite items, or sought an extension of time to do so. Plaintiff's incomplete in forma pauperis application (docket # 2 & 4) is DENIED and the action is DISMISSED without prejudice.

　　　　The clerk shall close the file.

SO ORDERED.

DATED: Nov. 3, 2011　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\CR.11\Roberts, T.11-4739.dsifp.wpd